UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Sherry Harris v. Bayer Corporation, et al.* | No. 09-cv-20134-DRH |
| *Stacy Looman v. Bayer Corporation, et al.* | No. 11-cv-10076-DRH |
| *Tanya Maples v. Bayer Corporation, et al.* | No. 11-cv-10159-DRH |
| *Celia Jones Nelson v. Bayer Corporation, et al.* | No. 09-cv-20097-DRH |
| *Darniesha Siggers v. Bayer Corporation, et al.* | No. 10-cv-11518-DRH |
| *Danielle Verdun v. Bayer Corporation, et al.* | No. 10-cv-10388-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 10, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
**Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2015.03.10 14:54:13 -05'00'

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT